# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| OLYMPIA FUNDING, INC., a California corporation, formerly d.b.a. "Hogarty Funding Group, Inc.", <br><br> Plaintiff, <br><br> v. <br><br> BEVERLY HILLS ESTATES FUNDING, INC., a California corporation, dba "Estates Funding" and "On-Time Escrow", DAVID EISENBERG, MARK ABRAMS, NICOLE LAVIOLETTE, RICHARD FRESQUEZ, FAZAL ALI aka FRANK ALI, HERBERT BURGIN, DOES 1 TO 50, and DOE COMPANIES 1 TO 50, inclusive, <br><br> Defendants. | CASE #C07-1402 MHP <br><br> **(PROPOSED)** ORDER ON STIPULATION TO TRANSFER THE ENTIRE ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. 1404(a) |

GOOD CAUSE HAVING BEEN SHOWN by this stipulation, it is hereby ordered that this entire action be transferred to the United States District Court for the Central District of California forthwith.

Defendant Richard Fresquez shall be given 20 days to file a response from the date the Clerk of the Central District of California issues a case number for cases in the Central District of California.

ORDER TO TRANSFER OF ACTION          1

| | |
|---|---|
| 1 | |
| 2 | Date: ~~March~~ June 15 _____, 2007 |

IT IS SO ORDERED

Judge Marilyn H. Patel

Hon.
United States District Court Judge

ORDER TO TRANSFER OF ACTION          2